# United States District Court

Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares                                                                                      314-244-7900
Clerk of Court

August 25, 2017

Superintendent
Missouri Eastern Reception Diagnostic and Correctional Center
2727 Highway K
Bonne Terre, MO 63628
Phone: (573) 358-5516
Fax: (573) 358-5296

ATTN: Records

RE: Writ of Habeas Corpus Ad Testificandum
Cause No. 4:13CV1638-HEA

To Whom It May Concern:

Attached, please find a copy of the Writ of Habeas Corpus Ad Testificandum (Order) regarding Frederick Davis #500842. Mr. Davis is to be present in the courtroom (Courtroom 10 North) of the Honorable Henry E. Autrey, 111 South10th Street, St. Louis, MO 63102 on October 23, 2017 at 8:30 a.m. (CST) and through the conclusion of the hearing.

A certified copy of the Writ of Habeas Corpus Ad Testificandum has been placed in the mail and will be delivered via USPS.

Your office will be notified by telephone closer to hearing to confirm this schedule. **DO NOT SEND THE PRISONER WITHOUT CONFIRMATION FROM THIS OFFICE.**

Sincerely,

Greg Linhares, Clerk

By: /s/ Kelley Shirley
Deputy Clerk


Cc: U.S. Marshals Service, for info only

Case: 4:13-cv-01638-HEA   Doc. #:  296   Filed: 08/25/17   Page: 1 of 2 PageID #: 2217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:13CV1638 HEA |
| | ) | |
| TIMOTHY R. LANCASTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: The Warden of Missouri Eastern Reception Diagnostic and Correctional Center, 2727 Highway K, Bonne Terre, MO 63628, or to any other person or officer having custody of inmate/witness Frederick Davis, inmate number 500842.

It appearing that Frederick Davis is confined in the custody of the Missouri Eastern Reception Diagnostic and Correctional Center, 2727 Highway K, Bonne Terre, MO 63628 and his presence is required for a trial presided over by the Honorable Henry Edward Autrey, United States District Court Judge, commencing on October 23, 2017, at the United States District Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.

NOW, THEREFORE, this is to command the official in charge of the Missouri Eastern Reception Diagnostic and Correctional Center, 2727 Highway K, Bonne Terre, MO 63628 to deliver into the custody of any duly authorized person, upon production to you of a certified copy of this writ, the body of, Frederick Davis, Inmate #500842 for safe and secure conduct to the United States District Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, 111

South 10th Street, St. Louis, Missouri 63102, on **October 23, 2017 at 8:30 a.m. (CST)** and through the conclusion of the trial.

    WITNESS, the Honorable Henry Edward Autrey, U.S. District Court Judge for the Eastern District of Missouri.

    Dated this 25th day of August, 2017.

                                            _____
                                            HENRY EDWARD AUTREY
                                            UNITED STATES DISTRCT JUDGE