UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK P. DAVIS, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:13-CV-01638-HEA |
| TIMOTHY R. LANCASTER, et al., | ) |
| Defendant(s). | ) |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Henry Edward Autrey, United States District Judge, presiding. The issues having been duly tried and the jury having rendered its verdicts:

In favor of Plaintiff Frederick Davis against Defendant Troy Steele in the amount of: $255 compensatory damages and $7,500.00 punitive damages.

In favor of Defendant Dan Bryan against Plaintiff Frederick Davis.

In favor of Defendant Stanley Pruett against Plaintiff Frederick Davis.

In favor of Defendant Timothy Lancaster against Plaintiff Frederick Davis.

Dated this 24th day of May, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE